939 A.2d 223

IN THE MATTER OF JAMES D. NICHOLS,
AN ATTORNEY AT LAW.

January 18, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 07–164, concluding that **JAMES D. NICHOLS** of **NORTH BRUNSWICK,** who was admitted to the bar of this State in 1971, should be reprimanded for violating. *RPC* 5.5(a) (practicing law while ineligible), and good cause appearing;

It is ORDERED that **JAMES D. NICHOLS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.